**U.S. BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:  MARK A. SHORETTE          :          CHAPTER 13
STACY A. SHORETTE          :
Debtors                          :          NO. 24-10007

## ORDER

AND NOW, this    18th          day of   January          , 2024, upon consideration

of the Motion for Extension of Time filed by Paul H. Young, Esquire, Attorney for Debtors, it is

hereby ORDERED that the Debtors be granted an extension to **January 28, 2024** in which to file

the Debtors' Schedules, Statement of Affairs, Ch13 Income Form 122C-1, Chapter 13 Plan, and

two months' income information.

_____
J. PATRICIA M. MAYER
U.S. BANKRUPTCY JUDGE