**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Mark A. Shorette                                   CHAPTER 13
       Stacy A. Shorette aka Stacy A
Dietz                                                     BKY. NO. 24-10007 PMM
       Debtor(s)

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of LAKEVIEW LOAN SERVICING, LLC and index same on the master mailing list.

                         Respectfully submitted,

/s/ *Michael Farrington*
Michael Farrington
18 Jan 2024, 09:27:51, EST

        KML Law Group, P.C.
        701 Market Street, Suite 5000
        Philadelphia, PA 19106-1532
        (215) 627-1322