United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Mark A. Shorette  
Stacy A Shorette  
    Debtors

Case No. 24-10007-pmm  
Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0313-4 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jan 18, 2024 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 20, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Mark A. Shorette, Stacy A Shorette, 2358 Jennie Avenue, Allentown, PA 18104-1029 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 20, 2024    Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 18, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| PAUL H. YOUNG | on behalf of Debtor Mark A. Shorette support@ymalaw.com ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com,lesliebrown.paralegal@gmail.com,cmccullough@ymalaw.com |
| PAUL H. YOUNG | on behalf of Joint Debtor Stacy A Shorette support@ymalaw.com ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com,lesliebrown.paralegal@gmail.com,cmccullough@ymalaw.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

District/off: 0313-4        User: admin        Page 2 of 2
Date Rcvd: Jan 18, 2024        Form ID: pdf900        Total Noticed: 1
TOTAL: 4

U.S. BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  MARK A. SHORETTE             :        CHAPTER 13
        STACY A. SHORETTE            :
        Debtors                      :        NO. 24-10007

## ORDER

AND NOW, this 18th day of January, 2024, upon consideration of the Motion for Extension of Time filed by Paul H. Young, Esquire, Attorney for Debtors, it is hereby ORDERED that the Debtors be granted an extension to **January 28, 2024** in which to file the Debtors' Schedules, Statement of Affairs, Ch13 Income Form 122C-1, Chapter 13 Plan, and two months' income information.

_____
J. PATRICIA M. MAYER
U.S. BANKRUPTCY JUDGE