
46K 032061 L235XX 0000511370 1
Employee ID 6628646

# Earnings Statement

THE WOOD COMPANY
9801 WASHINGTONIAN BLVD.
GAITHERSBURG, MD 20878

Period Beginning: 12/01/2023
Period Ending: 12/14/2023
Pay Date: 12/21/2023

Filing Status: Single/Married filing separately
Exemptions/Allowances:
Federal: Standard Withholding Table

MARK A SHORETTE
2358 JENNIE AVE
ALLENTOWN PA 18104-1029

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 22.4000 | 54.43 | 1,219.23 | 37,355.12 |
| Hs Vac Vested | 22.4000 | 24.00 | 537.60 | 2,900.80 |
| Overtime | | | | 3,536.21 |
| Holiday N | | | | 386.40 |
| Holiday Premn | | | | 257.36 |
| Holiday Worked | | | | 514.74 |
| Hs Sick | | | | 306.00 |
| Spot Bonus | | | | 50.00 |
| Gross Pay | | | $1,756.83 | 45,306.63 |

| Deductions | | this period | year to date |
|---|---|---|---|
| Statutory | Federal Income Tax | -132.46 | 3,419.89 |
| | Social Security Tax | -108.02 | 2,786.41 |
| | Medicare Tax | -25.26 | 651.66 |
| | PA State Income Tax | -53.49 | 1,379.69 |
| | Bethlehem Ci Income Tax | -17.42 | 449.43 |
| | PA SUI Tax | -1.23 | 31.71 |
| Other | L S T | -2.00 | 52.00 |
| | Metlife Dental | -14.58* | 364.50 |
| | 401K Pre Basic | -35.14* | 799.22 |
| | Net Pay | $1,367.23 | |
| | Netpay-Checking | -1,367.23 | |
| | Net Check | $0.00 | |

* Excluded from federal taxable wages

Your federal taxable wages this period are $1,707.11

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Tot Work Hours | 54.43 | |
| Hs Sick | | 17.05 |
| Hs Vac Vested | | 13.48 |

FLSA Non-Exempt

**Important Notes**

SODEXO EMPLOYEE SERVICE CENTER: 877-729-7396

FOR PAY STUBS-DOWNLOAD - ADP MOBILE SOLUTIONS APP

**Additional Tax Withholding Information**

Taxable Marital Status:
PA: Single
Exemptions/Allowances:
PA: 0

THE WOOD COMPANY
9801 WASHINGTONIAN BLVD.
GAITHERSBURG, MD 20878

Advice number: 00000511370
Pay date: 12/21/2023

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| MARK A SHORETTE | xxxxxxxx5281 | xxxx xxxx | $1,367.23 |

THIS IS NOT A CHECK

NON-NEGOTIABLE

46K 032061 L235XX 0000491607 1
Employee ID 6628646

THE WOOD COMPANY

9801 WASHINGTONIAN BLVD.
GAITHERSBURG, MD 20878

## Earnings Statement

Period Beginning: 11/17/2023
Period Ending: 11/30/2023
Pay Date: 12/07/2023

Filing Status: Single/Married filing separately
Exemptions/Allowances:
Federal: Standard Withholding Table

MARK A SHORETTE
2358 JENNIE AVE
ALLENTOWN PA 18104-1029

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 22.4000 | 68.15 | 1,526.56 | 36,135.89 |
| Overtime | 34.4217 | 5.62 | 193.45 | 3,536.21 |
| Holiday Premn | | | 170.46 | 257.36 |
| Holiday Worked | 22.4000 | 15.22 | 340.93 | 514.74 |
| Holiday N | | | | 386.40 |
| Hs Sick | | | | 306.00 |
| Hs Vac Vested | | | | 2,363.20 |
| Spot Bonus | | | | 50.00 |
| **Gross Pay** | | | **$2,231.40** | 43,549.80 |

| Deductions | Statutory | this period | year to date |
|---|---|---|---|
| | Federal Income Tax | -188.27 | 3,287.43 |
| | Social Security Tax | -137.44 | 2,678.39 |
| | Medicare Tax | -32.15 | 626.40 |
| | PA State Income Tax | -68.06 | 1,326.20 |
| | Bethlehem Ci Income Tax | -22.17 | 432.01 |
| | PA SUI Tax | -1.56 | 30.48 |
| | **Other** | | |
| | L S T | -2.00 | 50.00 |
| | Metlife Dental | -14.58* | 349.92 |
| | 401K Pre Basic | -44.63* | 764.08 |
| | **Net Pay** | **$1,720.54** | |
| | Netpay-Checking | -1,720.54 | |
| | **Net Check** | **$0.00** | |

* **Excluded from federal taxable wages**

Your federal taxable wages this period are $2,172.19

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Tot Work Hours | 73.77 | |
| Hs Sick | | 16.13 |
| Hs Vac Vested | | 34.47 |
| FLSA Non-Exempt | | |

**Important Notes**
SODEXO EMPLOYEE SERVICE CENTER 877-729-7385

FOR PAY STUBS-DOWNLOAD - ADP MOBILE SOLUTIONS APP

**Additional Tax Withholding Information**
Taxable Marital Status:
PA: Single
Exemptions/Allowances:
PA: 0

THE WOOD COMPANY

9801 WASHINGTONIAN BLVD.
GAITHERSBURG, MD 20878

Advice number: 00000491607
Pay date: 12/07/2023

Deposited to the account of
MARK A SHORETTE

| account number | transit ABA | amount |
|---|---|---|
| xxxxxxxx5281 | XXXX XXXX | $1,720.54 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**



THE WOOD COMPANY

9801 WASHINGTONIAN BLVD.
GAITHERSBURG, MD 20878

# Earnings Statement

Period Beginning: 11/03/2023
Period Ending: 11/16/2023
Pay Date: 11/22/2023

Filing Status: Single/Married filing separately
Exemptions/Allowances:
Federal: Standard Withholding Table

MARK A SHORETTE
2358 JENNIE AVE
ALLENTOWN PA 18104-1029

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 22.4000 | 77.55 | 1,737.12 | 34,609.33 |
| Overtime | 33.6000 | 12.50 | 420.00 | 3,342.76 |
| Holiday N | | | | 386.40 |
| Holiday Premn | | | | 86.90 |
| Holiday Worked | | | | 173.81 |
| Hs Sick | | | | 306.00 |
| Hs Vac Vested | | | | 2,363.20 |
| Spot Bonus | | | | 50.00 |
| Gross Pay | | | $2,157.12 | 41,318.40 |

| Deductions | Statutory | this period | year to date |
|---|---|---|---|
| | Federal Income Tax | -179.53 | 3,099.16 |
| | Social Security Tax | -132.84 | 2,540.95 |
| | Medicare Tax | -31.06 | 594.25 |
| | PA State Income Tax | -65.78 | 1,258.14 |
| | Bethlehem Ci Income Tax | -21.42 | 409.84 |
| | PA SUI Tax | -1.51 | 28.92 |
| | **Other** | | |
| | L S T | -2.00 | 48.00 |
| | Metlife Dental | -14.58* | 335.34 |
| | 401K Pre Basic | -43.14* | 719.45 |
| | Net Pay | $1,665.26 | |
| | Netpay-Checking | -1,665.26 | |
| | Net Check | $0.00 | |

* Excluded from federal taxable wages

Your federal taxable wages this period are $2,099.40

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Tot Work Hours | 90.05 | |
| Hs Sick | | 15.12 |
| Hs Vac Vested | | 31.03 |

FLSA Non-Exempt

**Important Notes**

SODEXO EMPLOYEE SERVICE CENTER: 877-729-7396

FOR PAY STUBS-DOWNLOAD - ADP MOBILE SOLUTIONS APP

**Additional Tax Withholding Information**

Taxable Marital Status:
PA: Single
Exemptions/Allowances:
PA: 0

THE WOOD COMPANY

9801 WASHINGTONIAN BLVD.
GAITHERSBURG, MD 20878

Advice number: 00000471357
Pay date: 11/22/2023

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| MARK A SHORETTE | xxxxxxxx5281 | xxxx xxxx | $1,665.26 |

THIS IS NOT A CHECK

NON-NEGOTIABLE

| CO. | FILE | DEPT | CLOCK | VCHR. NO. | |
|---|---|---|---|---|---|
| 46K | 032061 | L235XX | | 0000451280 | 1 |

Employee ID 6628646

# Earnings Statement

THE WOOD COMPANY
9801 WASHINGTONIAN BLVD.
GAITHERSBURG, MD 20878

Period Beginning: 10/20/2023
Period Ending: 11/02/2023
Pay Date: 11/09/2023

Filing Status: Single/Married filing separately
Exemptions/Allowances:
Federal: Standard Withholding Table

MARK A SHORETTE
2358 JENNIE AVE
ALLENTOWN PA 18104-1029

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 22.4000 | 75.17 | 1,683.81 | 32,872.21 |
| Overtime | | | | 2,922.76 |
| Holiday N | | | | 386.40 |
| Holiday Premn | | | | 86.90 |
| Holiday Worked | | | | 173.81 |
| Hs Sick | | | | 306.00 |
| Hs Vac Vested | | | | 2,363.20 |
| Spot Bonus | | | | 50.00 |
| **Gross Pay** | | | **$1,683.81** | 39,161.28 |

| Deductions | Statutory | this period | year to date |
|---|---|---|---|
| | Federal Income Tax | -123.87 | 2,919.63 |
| | Social Security Tax | -103.49 | 2,408.11 |
| | Medicare Tax | -24.21 | 563.19 |
| | PA State Income Tax | -51.24 | 1,192.36 |
| | Bethlehem Ci Income Tax | -16.70 | 388.42 |
| | PA SUI Tax | -1.18 | 27.41 |
| | **Other** | | |
| | L S T | -2.00 | 46.00 |
| | Metlife Dental | -14.58* | 320.76 |
| | 401K Pre Basic | -33.68* | 676.31 |
| | **Net Pay** | **$1,312.86** | |
| | Netpay-Checking | -1,312.86 | |
| | **Net Check** | **$0.00** | |

* Excluded from federal taxable wages

Your federal taxable wages this period are $1,635.55

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Tot Work Hours | 75.17 | |
| Hs Sick | | 14.07 |
| Hs Vac Vested | | 27.57 |
| FLSA Non-Exempt | | |

**Important Notes**

SODEXO EMPLOYEE SERVICE CENTER: 877-729-7336

FOR PAY STUBS-DOWNLOAD - ADP MOBILE SOLUTIONS APP

**Additional Tax Withholding Information**

Taxable Marital Status:
PA: Single
Exemptions/Allowances:
PA: 0

THE WOOD COMPANY
9801 WASHINGTONIAN BLVD.
GAITHERSBURG, MD 20878

Advice number: 00000451280
Pay date: 11/09/2023

Deposited to the account of
MARK A SHORETTE

| account number | transit ABA | amount |
|---|---|---|
| xxxxxxxx5281 | xxxx xxxx | $1,312.86 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**