| Dietz, Stacy A | | ID: 108714 | Direct Deposit # D000527675 | | | | BETHLEHEM AREA SCHOOL DISTRICT | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Pay Date | | Gross Wages | | YTD Wages | Abs. Balance | Date as of: | Deduction | Pay | YTD Gross | YTD W/H |
| 12/21/2023 | | 2,027.20 | | 51,833.90 | | 12/08/2023 | Federal Tax | 135.86 | 47,167.09 | 3,435.89 |
| MAR | EX | ADD FED | Personal | Sick | Vacation | | Soc. Sec. Tax | 124.45 | 51,313.90 | 3,181.47 |
| S | 0 | 0.00 | 1.000 | 35.000 | 0.000 | | Medicare Tax | 29.10 | 51,313.90 | 744.03 |
| Payment Type | | | Reg | OT | Fctr | Rate | Amount | PA State Tax | 61.62 | 51,313.90 | 1,575.29 |
| Hours | | | 80.00 | 0.00 | 1.50 | 25.34 | 2,027.20 | UC Tax | 1.42 | 51,833.90 | 36.30 |
| | | | | | | | | Retirement -TE | 162.18 | 51,833.90 | 4,146.81 |
| | | | | | | | | Local EIT | 20.07 | 51,313.90 | 513.09 |
| | | | | | | | | LST | 0.00 | | 52.00 |
| | | | | | | | | AFA TexasLife26 | 19.92 | | 517.92 |
| | | | | | | | | Medical PPO | 20.00 | | 520.00 |
| | | | | | | | | SECY Union Dues | 0.00 | | 264.00 |
| | | | | | | | | Net Pay | | | 1,452.58 |

**Happy Holidays and Best Wishes for the New Year !**

**Bank Information**

Stride Bank, N.A.                                              C        1,452.58

Direct Deposit # D000527675
Date | 12/21/2023
Amount | $1,452.58

STACY A DIETZ                              350
2358 JENNIE AVE
ALLENTOWN PA  18104-1029

| Dietz, Stacy A | | ID: 108774 | | Direct Deposit # D000525615 | | BETHLEHEM AREA SCHOOL DISTRICT | | | |
|---|---|---|---|---|---|---|---|---|---|
| Pay Date | Gross Wages | | YTD Wages | Abs. Balance Date as of: | | Deduction | Pay | YTD Gross | YTD |
| 12/07/2023 | 2,027.20 | | 49,806.70 | | 11/25/2023 | Federal Tax | 135.86 | 45,322.07 | 3,30( |
| MAR | EX | ADD FED | Personal | Sick | Vacation | Soc. Sec. Tax | 124.45 | 49,306.70 | 3,05; |
| S | 0 | 0.00 | 1.000 | 27.000 | 0.000 | Medicare Tax | 29.10 | 49,306.70 | 714 |
| Payment Type | | | Reg | OT | Fctr | Rate | Amount | PA State Tax | 61.62 | 49,306.70 | 1,51: |
| Hours | | | 80.00 | 0.00 | 1.50 | 25.34 | 2,027.20 | UC Tax | 1.42 | 49,806.70 | 34 |
| | | | | | | | | Retirement -TE | 162.18 | 49,806.70 | 3,984 |
| | | | | | | | | Local EIT | 20.07 | 49,306.70 | 493 |
| | | | | | | | | LST | 0.00 | | 52 |
| | | | | | | | | AFA TexasLife26 | 19.92 | | 498 |
| | | | | | | | | Medical PPO | 20.00 | | 500 |
| | | | | | | | | SECY Union Dues | 66.00 | | 264 |

Net Pay  1,386.

**"If you think education is expensive, try ignorance."- Andy McIntyre**

Bank Information
Stride Bank, N.A.            C    1,386.58

Direct Deposit # D000525615
Date  12/07/2023
Amount  $1,386.58

STACY A DIETZ
2358 JENNIE AVE              350
ALLENTOWN PA  18104-1029

| Dietz, Stacy A | | | ID: 108724 | | Direct Deposit # D000523607 | | BETHLEHEM AREA SCHOOL DISTRICT | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Pay Date | | Gross Wages | | YTD Wages | Abs. Balance | Date as of: | Deduction | Pay | YTD Gross | YTD W/H |
| 11/22/2023 | | 2,027.20 | | 47,779.50 | | 11/10/2023 | Federal Tax | 135.86 | 43,477.05 | 3,164.17 |
| MAR | EX | ADD FED | Personal | Sick | Vacation | | Soc. Sec. Tax | 124.45 | 47,299.50 | 2,932.57 |
| S | 0 | 0.00 | 1.000 | 30.000 | 0.000 | | Medicare Tax | 29.10 | 47,299.50 | 685.83 |
| Payment Type | | | Reg | OT | Fctr | Rate | Amount | PA State Tax | 61.62 | 47,299.50 | 1,452.05 |
| Hours | | | 80.00 | 0.00 | 1.50 | 25.34 | 2,027.20 | UC Tax | 1.42 | 47,779.50 | 33.46 |
| | | | | | | | | Retirement -TE | 162.18 | 47,779.50 | 3,822.45 |
| | | | | | | | | Local EIT | 20.07 | 47,299.50 | 472.95 |
| | | | | | | | | LST | 0.00 | | 52.00 |
| | | | | | | | | AFA TexasLife26 | 19.92 | | 478.08 |
| | | | | | | | | Medical PPO | 20.00 | | 480.00 |
| | | | | | | | | SECY Union Dues | 0.00 | | 198.00 |
| | | | | | | | | Net Pay | | | 1,452.58 |

** On this day of thanks, we want to express our gratitude for having you as part of the BASD family. Enjoy your Thanksgiving! **

**Bank Information**

Stride Bank, N.A.                                          C        1,452.58

Direct Deposit # D000523607
Date 11/22/2023
Amount $1,452.58

STACY A DIETZ                                     350
2358 JENNIE AVE
ALLENTOWN PA  18104-1029

| Dietz, Stacy A | | | ID: 108774 | | Direct Deposit # D000521596 | | BETHLEHEM AREA SCHOOL DISTRICT | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Pay Date | | Gross Wages | | YTD Wages | Abs. Balance | Date as of: | Deduction | Pay | YTD Gross | YTD W/ |
| 11/09/2023 | | 2,114.94 | | 45,752.30 | | 10/27/2023 | Federal Tax | 145.54 | 41,632.03 | 3,028.3 |
| MAR | EX | ADD FED | Personal | Sick | Vacation | | Soc. Sec. Tax | 129.89 | 45,292.30 | 2,808.1 |
| S | 0 | 0.00 | 1.000 | 22.000 | 0.000 | | Medicare Tax | 30.38 | 45,292.30 | 656.7 |
| Payment Type | | | Reg | OT | Fctr | Rate | Amount | PA State Tax | 64.31 | 45,292.30 | 1,390.4 |
| Game Help | | | 1.00 | 0.00 | 1.50 | 80.14 | 80.14 | UC Tax | 1.48 | 45,752.30 | 32.0 |
| Hours | | | 80.00 | 0.20 | 1.50 | 25.34 | 2,034.80 | Retirement -TE | 169.20 | 45,752.30 | 3,660.2 |
| | | | | | | | | Local EIT | 20.95 | 45,292.30 | 452.8 |
| | | | | | | | | LST | 0.00 | | 52.0 |
| | | | | | | | | AFA TexasLife26 | 19.92 | | 458.1 |
| | | | | | | | | Medical PPO | 20.00 | | 460.0 |
| | | | | | | | | SECY Union Dues | 66.00 | | 198.0 |
| | | | | | | | | Net Pay | | | 1,447.2 |

**"The elevator to success is out of order. You'll have to use the stairs."- Joe Girard**

*10/19/2023 12:00:00 AM *

**Bank Information**

Stride Bank, N.A.                                              C        1,447.27

Direct Deposit # D000521596

| Date | 11/09/2023 |
|---|---|
| Amount | $1,447.27 |

STACY A DIETZ                                      350
2358 JENNIE AVE
ALLENTOWN PA  18104-1029