| CO. | FILE | DEPT | CLOCK | NUMBER | |
|---|---|---|---|---|---|
| 46K | 032380 | L235XX | | 0021653722 | 1 |
| | | | Employee ID 6636043 | | |

**sodexo, INC.** THE WOOD COMPANY
**AND AFFILIATED COMPANIES**
9801 WASHINGTONIAN BLVD.
GAITHERSBURG, MD 20878

## Earnings Statement

**ADP**

Period Beginning:   12/01/2023
Period Ending:      12/14/2023
Pay Date:           12/21/2023

Filing Status: Married filing jointly
Exemptions/Allowances:
   Federal: Optional Higher Withholding Table

STACY DIETZ
2358 JENNIE AVE
ALLENTOWN PA 18104-1029

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 14.2500 | 16.50 | 235.13 | 4,631.45 |
| Holiday N | | | | 52.50 |
| Holiday Premn | | | | 180.39 |
| Holiday Worked | | | | 360.54 |
| **Gross Pay** | | | **$235.13** | 5,224.88 |

**Deductions**

| | Statutory | | |
|---|---|---|---|
| | Social Security Tax | -14.58 | 323.94 |
| | Medicare Tax | -3.41 | 75.76 |
| | PA State Income Tax | -7.22 | 160.41 |
| | Bethlehem Ci Income Tax | -2.35 | 52.25 |
| | PA SUI Tax | -0.17 | 3.66 |
| | Federal Income Tax | | 6.43 |
| | **Other** | | |
| | L S T | -2.00 | 42.00 |
| | 401K Pre Basic | | 55.62 |
| | **Net Pay** | | **$205.40** |
| | **Net Check** | | **$205.40** |

**Other Benefits and Information** | this period | total to date
Tot Work Hours | 16.50 |
FLSA Non-Exempt | | |

**Deposits**
Account No.    xxxxxxxx6061
Transit/ABA    XXXX XXXX
Pending

**Important Notes**
SODEXO EMPLOYEE SERVICE CENTER: 877-729-7398

YOUR BANK WAS NOTIFIED OF YOUR REQUEST FOR DIRECT DEPOSIT. IT WILL BEGIN AFTER ACCOUNT VERIFICATION.

FOR PAY STUBS-DOWNLOAD - ADP MOBILE SOLUTIONS APP

**Additional Tax Withholding Information**
Taxable Marital Status:
   PA:          Single
Exemptions/Allowances:
   PA:    0

Your federal taxable wages this period are $235.13

---

**sodexo, INC.** THE WOOD COMPANY
**AND AFFILIATED COMPANIES**
9801 WASHINGTONIAN BLVD.
GAITHERSBURG, MD 20878

46K                                     62-20 311
Payroll check number:   0021653722
Pay date:               12/21/2023

Pay to the order of:   STACY DIETZ

This amount:   TWO HUNDRED FIVE AND 40/100 DOLLARS                $205.40

VOID NON-NEGOTIABLE  VOID NON-NEGOTIABLE

**THIS IS NOT A CHECK**

CITIBANK N.A.
ONE PENNS WAY
NEW CASTLE, DE 19720

**VOID AFTER 180 DAYS**

```
CO   FILE    DEPT   CLOCK NUMBER
46K  032380  L235XX   0021616013      1
                   Employee ID 6636043
```

**sodexo, INC.**  THE WOOD COMPANY
**AND AFFILIATED COMPANIES**
9801 WASHINGTONIAN BLVD.
GAITHERSBURG, MD 20878

# Earnings Statement

**ADP**

Period Beginning:   11/17/2023
Period Ending:      11/30/2023
Pay Date:           12/07/2023

Filing Status: Married filing jointly
Exemptions/Allowances:
  Federal: Optional Higher Withholding Table

STACY  DIETZ
2358  JENNIE  AVE
ALLENTOWN  PA  18104-1029

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 14.2500 | 7.00 | 99.75 | 4,396.32 |
| Holiday Premn | | | 122.99 | 180.39 |
| Holiday Worked | 14.2500 | 17.25 | 245.81 | 360.54 |
| Holiday N | | | | 52.50 |
| **Gross Pay** | | | **$468.55** | 4,989.75 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Social Security Tax | -29.05 | 309.36 |
| | Medicare Tax | -6.79 | 72.35 |
| | PA State Income Tax | -14.39 | 153.19 |
| | Bethlehem Ci Income Tax | -4.69 | 49.90 |
| | PA SUI Tax | -0.33 | 3.49 |
| | Federal Income Tax | | 6.43 |
| | **Other** | | |
| | L S T | -2.00 | 40.00 |
| | 401K Pre Basic | | 55.62 |
| | **Net Pay** | | **$411.30** |
| | **Net Check** | | **$411.30** |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Tot Work Hours | 7.00 | |

FLSA Non-Exempt

**Important Notes**
SODEXO EMPLOYEE SERVICE CENTER: 877-729-7396

YOUR HOURLY RATE HAS BEEN CHANGED FROM 14.2520 TO 14.2500.

FOR PAY STUBS-DOWNLOAD  - ADP MOBILE SOLUTIONS APP

**Additional Tax Withholding Information**
Taxable Marital Status:
  PA:       Single
Exemptions/Allowances:
  PA:       0

Your federal taxable wages this period are $468.55

---

**sodexo, INC.**  THE WOOD COMPANY
**AND AFFILIATED COMPANIES**
9801 WASHINGTONIAN BLVD.
GAITHERSBURG, MD 20878

46K
Payroll check number: 0021618013
Pay date:              12/07/2023

Pay to the order of:   STACY  DIETZ

This amount:   FOUR HUNDRED ELEVEN AND 30/100 DOLLARS

$411.30

VOID NON-NEGOTIABLE    VOID NON-NEGOTIABLE

**THIS IS NOT A CHECK**

CITIBANK, N.A.
ONE PENNS WAY
NEW CASTLE, DE 19720

**VOID AFTER 180 DAYS**