3/21/24, 9:14 AM                                                                 sodexolink.com/apex/ADPViewStatement?date=2024-01-18




**Earnings Statement** 

THE WOOD COMPANY

915 MEETING ST
NORTH BETHESDA, MD 20852-2368

Period Beginning: 12/29/2023
Period Ending: 01/11/2024
Pay Date: 01/18/2024

Filing Status: Single/Married filing separately
Exemptions/Allowances:
  Federal: Standard Withholding Table

MARK A SHORETTE
2369 JENNIE AVE
ALLENTOWN PA 18104-1029

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 22.4000 | 67.67 | 1,515.81 | 2,565.25 |
| Overtime | 34.8774 | 1.55 | 54.06 | 54.06 |
| Holiday Prem |  |  | 106.40 | 106.40 |
| Holiday Worked | 22.4000 | 9.50 | 212.80 | 212.80 |
| Holiday N |  |  | 168.00 | 168.00 |
| Hs Vac Vested |  |  |  | 351.01 |
| **Gross Pay** |  |  | **$1,889.07** | 3,457.52 |

Your federal taxable wages this period are $1,836.83

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Tot Work Hours | 69.22 |  |
| Hs Sick |  | 19.98 |
| Hs Vac Vested |  | 3.02 |
| FLSA Non-Exempt |  |  |

| Deductions | Statutory |  |  |
|---|---|---|---|
|  | Federal Income Tax | -144.12 | 250.52 |
|  | Social Security Tax | -116.23 | 212.57 |
|  | Medicare Tax | -27.18 | 49.71 |
|  | PA State Income Tax | -57.55 | 105.25 |
|  | Bethlehem Ci Income Tax | -18.74 | 34.27 |
|  | PA SUI Tax | -1.32 | 2.42 |
|  | **Other** |  |  |
|  | L S T | -2.00 | 4.00 |
|  | MetLife Dental | -14.45* | 29.04 |
|  | 401K Pre Basic | -37.78* | 69.15 |

**Important Notes**
SODEXO EMPLOYEE SERVICE CENTER: 877-729-7396

**Additional Tax Withholding Information**
Taxable Marital Status:
  PA:  Single
Exemptions/Allowances:
  PA:  0

**Net Pay**                **$1,469.69**
Netpay-Checking           -1,469.69
**Net Check**                **$0.00**

* Excluded from federal taxable wages

---

sodexo, INC.  THE WOOD COMPANY

915 MEETING ST
NORTH BETHESDA, MD 20852-2368

Advice number: 00000031269
Pay date: 01/18/2024

Deposited to the account of         account number    transit ABA    amount
MARK A SHORETTE                      xxxxxxxx5281      xxxx xxxx      $1,469.69

**THIS IS NOT A CHECK**

**NON-NEGOTIABLE**

3/21/24, 9:14 AM                                                sodexolink.com/apex/ADPViewStatement?date=2024-01-04



 THE WOOD COMPANY

915 MEETING ST
NORTH BETHESDA, MD 20852-2300

**Earnings Statement** 

Period Beginning: 12/15/2023
Period Ending: 12/26/2023
Pay Date: 01/04/2024

MARK A SHORETTE
2358 JENNIE AVE
ALLENTOWN PA 18104-1029

Filing Status: Single/Married filing separately
Exemptions/Allowances:
  Federal: Standard Withholding Table

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 22.4000 | 46.85 | 1,049.44 | 1,049.44 |
| Holiday N | 22.4000 | 7.50 | 168.00 | 168.00 |
| Hs Vac Vested | 22.4000 | 15.67 | 351.01 | 351.01 |
| **Gross Pay** | | | **$1,568.45** | 1,568.45 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -106.40 | 106.40 |
| | Social Security Tax | -96.34 | 96.34 |
| | Medicare Tax | -22.53 | 22.53 |
| | PA State Income Tax | -47.70 | 47.70 |
| | Bethlehem CI Income Tax | -15.53 | 15.53 |
| | PA SUI Tax | -1.10 | 1.10 |
| Other | | | |
| | L S T | -2.00 | 2.00 |
| | MetLife Dental | -14.58* | 14.58 |
| | 401K Pre Basic | -31.37* | 31.37 |
| **Net Pay** | | **$1,230.90** | |
| | Netpay Checking | -1,230.90 | |
| **Net Check** | | **$0.00** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Tot Work Hours | 46.85 | |
| Hs Sick | | 18.36 |
| FLSA Non-Exempt | | |

**Important Notes**
SODEXO EMPLOYEE SERVICE CENTER 877-729-7398

**Additional Tax Withholding Information**
Taxable Marital Status:
  PA                 Single
Exemptions/Allowances:
  PA                 0

* Excluded from federal taxable wages

Your federal taxable wages this period are
$1,522.50

---

 THE WOOD COMPANY

915 MEETING ST
NORTH BETHESDA, MD 20852-2300

Deposited to the account of
MARK A SHORETTE

Advice number: 00000011346
Pay date: 01/04/2024

| account number | transit ABA | amount |
|---|---|---|
| xxxxxxxx5281 | xxxx xxxx | $1,230.90 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

https://www.sodexolink.com/apex/ADPViewStatement?date=2024-01-04                                                1/1

3/21/24, 9:13 AM

sodexolink.com/apex/ADPViewStatement?date=2023-12-21



 **Sodexo, Inc. AND AFFILIATED COMPANIES**

THE WOOD COMPANY
9801 WASHINGTONIAN BLVD.
GAITHERSBURG, MD 20878



**Earnings Statement**

| | |
|---|---|
| Period Beginning: | 12/01/2023 |
| Period Ending: | 12/14/2023 |
| Pay Date: | 12/21/2023 |

MARK A SHORETTE
2359 JENNIE AVE
ALLENTOWN PA 18104-1029

Filing Status: Single/Married filing separately
Exemptions/Allowances:
Federal: Standard Withholding Table

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 22.4000 | 54.43 | 1,219.23 | 37,355.12 |
| Hs Vac Vested | 22.4000 | 24.00 | 537.60 | 2,900.80 |
| Overtime | | | | 3,536.21 |
| Holiday N | | | | 386.40 |
| Holiday Prem | | | | 257.96 |
| Holiday Worked | | | | 514.74 |
| Hs Sick | | | | 305.00 |
| Spot Bonus | | | | 50.00 |
| **Gross Pay** | | | **$1,756.83** | 45,906.53 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -132.46 | 3,419.89 |
| | Social Security Tax | -106.02 | 2,786.41 |
| | Medicare Tax | -25.26 | 651.66 |
| | PA State Income Tax | -53.49 | 1,379.69 |
| | Bethlehem C Income Tax | -17.42 | 449.43 |
| | PA SUI Tax | -1.23 | 31.71 |
| **Other** | | | |
| | L S T | -2.00 | 52.00 |
| | MetLife Dental | -14.58* | 364.50 |
| | 401K Pre Basic | -35.14* | 799.22 |
| **Net Pay** | | **$1,367.23** | |
| Netpay-Checking | | -1,367.23 | |
| **Net Check** | | **$0.00** | |

Your federal taxable wages this period are
**$1,707.11**

**Other Benefits and Information**

| | this period | total to date |
|---|---|---|
| Tot Work Hours | 54.43 | |
| Hs Sick | | 17.05 |
| Hs Vac Vested | | 13.48 |

FLSA Non-Exempt

**Important Notes**
SODEXO EMPLOYEE SERVICE CENTER 877-725-7396

FOR PAY STUBS-DOWNLOAD - ADP MOBILE SOLUTIONS APP

**Additional Tax Withholding Information**
Taxable Marital Status:
PA: Single
Exemptions/Allowances:
PA: 0

* Excluded from federal taxable wages

---

**Sodexo, Inc. AND AFFILIATED COMPANIES**

THE WOOD COMPANY
9801 WASHINGTONIAN BLVD.
GAITHERSBURG, MD 20878

Deposited to the account of
MARK A SHORETTE

Advice number: 00000511370
Pay date: 12/21/2023

| account number | transit ABA | amount |
|---|---|---|
| xxxxxxx5281 | xxxx xxxx | $1,367.23 |

**THIS IS NOT A CHECK**

**NON-NEGOTIABLE**