3/21/24, 9:19 AM    https://www.sodexolink.com/apex/ADPViewStatement?date=2024-01-18



**sodexo, INC.**
**AND AFFILIATED COMPANIES**

THE WOOD COMPANY
915 MEETING ST
NORTH BETHESDA  MD  20852-2380

Filing Status: Married filing jointly
Exemptions/Allowances:
   Federal: Optional Higher Withholding Table

# Earnings Statement



Period Beginning:   12/29/2023
Period Ending:      01/11/2024
Pay Date:           01/18/2024

STACY DIETZ
2358 JENNIE AVE
ALLENTOWN PA 18104-1029

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 14.2500 | 18.83 | 268.33 | 389.46 |
| Holiday Premn | | | 57.04 | 57.04 |
| Holiday Worked | 14.2500 | 8.00 | 114.00 | 114.00 |
| **Gross Pay** | | | **$439.37** | 590.50 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Social Security Tax | -27.24 | 34.75 |
| | Medicare Tax | -6.37 | 8.13 |
| | PA State Income Tax | -13.49 | 17.21 |
| | Bethlehem Ci Income Tax | -4.39 | 5.60 |
| | PA SUI Tax | -0.31 | 0.39 |
| | **Other** | | |
| | L S T | -2.00 | 4.00 |
| | 401K Pre Basic | -4.39* | 4.39 |
| | **Net Pay** | **$381.18** | |
| | Netpay-Savings | -381.18 | |
| | **Net Check** | **$0.00** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Tot Work Hours | 18.83 | |
| FLSA Non-Exempt | | |

**Important Notes**
SODEXO EMPLOYEE SERVICE CENTER  877-729-7398

**Additional Tax Withholding Information**
Taxable Marital Status:
   PA:           Single
Exemptions/Allowances:
   PA            0

\* Excluded from federal taxable wages
   Your federal taxable wages this period are $434.98

---



**sodexo, INC.**
**AND AFFILIATED COMPANIES**

THE WOOD COMPANY
915 MEETING ST
NORTH BETHESDA, MD  20852-2380

Advice number:     00000031259
Pay date:          01/18/2024

Deposited to the account of
STACY DIETZ

| account number | transit ABA | amount |
|---|---|---|
| xxxxxxxx6081 | xxxx xxxx | $381.18 |



**NON-NEGOTIABLE**

3/21/24, 9:18 AM    sodexolink.com/apex/ADPViewStatement?date=2024-01-04



**CO.    FILE    DEPT.    CLOCK    NUMBER**
46K    831388    1235.X    092\964919    1
Employee ID 8036043

## Earnings Statement

**sodexo,** INC.
AND AFFILIATED
COMPANIES

THE WOOD COMPANY
915 MEETING ST
NORTH BETHESDA, MD 20852-2380

| Period Beginning: | 12/15/2023 |
| Period Ending: | 12/28/2023 |
| Pay Date: | 01/04/2024 |

Filing Status: Married filing jointly
Exemptions/Allowances:
  Federal: Optional Higher Withholding  Table

STACY  DIETZ
2388  JENNIE  AVE
ALLENTOWN  PA  18104-1029

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 14.2500 | 8.50 | 121.13 | 121.13 |
| **Gross Pay** | | | **$121.13** | 121.13 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Social Security Tax | -7.51 | 7.51 |
| | Medicare Tax | -1.76 | 1.76 |
| | PA State Income Tax | -3.72 | 3.72 |
| | Bethlehem C Income Tax | -1.21 | 1.21 |
| | PA SUI Tax | -0.08 | 0.08 |
| | **Other** | | |
| | L S T | -2.00 | 2.00 |
| | **Net Pay** | **$104.85** | |
| | **Net Check** | **$104.85** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Tot Work Hours | 8.50 | |
| FLSA Non-Exempt | | |

**Important Notes**
SODEXO EMPLOYEE SERVICE CENTER 877-728-7398

**Additional Tax Withholding Information**
Taxable Marital Status:
  PA:    Single
Exemptions/Allowances:
  PA:    0

Your federal taxable wages this period are $121.13

---

**sodexo,** INC. THE WOOD COMPANY
AND AFFILIATED
COMPANIES

915 MEETING ST
NORTH BETHESDA, MD 20852-2380

46K    60-60-311
Payroll check number: 0021664910
Pay date: 01/04/2024

Pay to the
order of:    STACY  DIETZ

This amount:    ONE HUNDRED FOUR AND 85/100 DOLLARS    $104.85

**THIS IS NOT A CHECK**

VOID NON-NEGOTIABLE    VOID  NON-NEGOTIABLE

CITIBANK, NLA
THE FERRIS WAY
NEW CASTLE DE 19720

**VOID AFTER 180 DAYS**

3/21/24, 9:18 AM
https://www.sodexolink.com/apex/ADPViewStatement?date=2023-12-21

CO.  FILE  DEPT  CLOCK  NUMBER
46K  030384  1235XX    0021653722    1
Employee ID 0036343

# Earnings Statement 

**sodexo** INC.
**AND AFFILIATED
COMPANIES**

THE WOOD COMPANY

9801 WASHINGTONIAN  BLVD
GAITHERSBURG,  MD 20878

Period Beginning:     12/01/2023
Period Ending:        12/14/2023
Pay Date:             12/21/2023

STACY DIETZ
2358 JENNIE AVE
ALLENTOWN PA 18104-1029

Filing Status: Married filing jointly
Exemptions/Allowances:
    Federal: Optional Higher Withholding  Table

| Earnings | rate | hours | this period | | year to date |
|---|---|---|---|---|---|
| Regular | 14.2500 | 16.50 | 235.13 | | 4,631.45 |
| Holiday N | | | | | 52.50 |
| Holiday Prem | | | | | 180.39 |
| Holiday Worked | | | | | 360.54 |
| **Gross Pay** | | | **$235.13** | | 5,224.88 |

| Deductions | Statutory | | | |
|---|---|---|---|---|
| | Social Security Tax | -14.58 | 323.94 | |
| | Medicare Tax | -3.41 | 75.76 | |
| | PA State Income Tax | -7.22 | 160.41 | |
| | Bethlehem Ci Income Tax | -2.35 | 52.25 | |
| | PA SUI Tax | -0.17 | 3.66 | |
| | Federal Income Tax | | 6.43 | |

| | Other | | | |
|---|---|---|---|---|
| | LST | -2.00 | 42.90 | |
| | 401K Pre Basic | | 55.52 | |
| | **Net Pay** | | **$205.40** | |
| | **Net Check** | | **$205.40** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Tot Work Hours | 16.50 | |
| FLSA Non-Exempt | | |

**Deposits**
Account No.                    XXXXXXXX6061
Transit/ABA                    XXXX XXXX
Pending

**Important Notes**
SODEXO EMPLOYEE SERVICE CENTER: 877-729-7398

YOUR BANK WAS NOTIFIED OF YOUR REQUEST FOR DIRECT
DEPOSIT. IT WILL BEGIN AFTER ACCOUNT VERIFICATION.

FOR PAY STUBS-DOWNLOAD  - ADP MOBILE SOLUTIONS APP

**Additional Tax Withholding Information**
Taxable Marital Status:
    PA:           Single
Exemptions/Allowances:
    PA:           0

Your federal taxable wages this period are $235.13

**sodexo** INC.  THE WOOD COMPANY

**AND AFFILIATED
COMPANIES**

9801 WASHINGTONIAN BLVD.
GAITHERSBURG, MD 20878

46K
Payroll check number: 0021653722
Pay date:              12/21/2023

Pay to the
order of  STACY DIETZ

This amount:  TWO HUNDRED, FIVE AND 40/100 DOLLARS          $205.40

**THIS IS NOT A CHECK**

VOID NON—NEGOTIABLE    VOID NON-NEGOTIABLE

CITIBANK, N.A.
ONE PENN'S WAY
NEW CASTLE DE 19720

****VOID AFTER 180 DAYS****

3/21/24, 9:18 AM    sodexolink.com/apex/ADPViewStatement?date=2023-12-07



**Earnings Statement**

**sodexo**, INC.
AND AFFILIATED
COMPANIES

CO.    FILE    DEPT    CLOCK    NUMBER
46K    831380    123600    002161 8013    1
Employee ID 0036043

THE WOOD COMPANY
9801 WASHINGTONIAN BLVD.
GAITHERSBURG,  MD 20878

Period Beginning:    11/17/2023
Period Ending:    11/30/2023
Pay Date:    12/07/2023

STACY  DIETZ
2358  JENNIE AVE
ALLENTOWN  PA  18104-1029

Filing Status: Married filing jointly
Exemptions/Allowances:
Federal: Optional Higher Withholding Table

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 14.2500 | 7.00 | 99.75 | 4,396.32 |
| Holiday Premn | | | 122.99 | 180.99 |
| Holiday Worked | 14.2500 | 17.25 | 245.81 | 360.54 |
| Holiday N | | | | 52.50 |
| **Gross Pay** | | | **$468.55** | 4,989.75 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Social Security Tax | -29.05 | 309.36 |
| | Medicare Tax | -6.79 | 72.35 |
| | PA State Income Tax | -14.39 | 153.19 |
| | Bethlehem Ci Income Tax | -4.69 | 49.90 |
| | PA SUI Tax | -0.33 | 3.49 |
| | Federal Income Tax | | 6.43 |
| | **Other** | | |
| | L S T | -2.00 | 40.00 |
| | 401K Pre Basic | | 55.62 |
| | **Net Pay** | | **$411.30** |
| | **Net Check** | | **$411.30** |

Your federal taxable wages this period are $468.55

**Other Benefits and Information**

| | this period | total to date |
|---|---|---|
| Tot Work Hours | 7.00 | |
| FLSA Non-Exempt | | |

**Important Notes**
SODEXO EMPLOYEE SERVICE CENTER 877-729-7398

YOUR HOURLY RATE HAS BEEN CHANGED FROM 14.2500 TO 14.2500.

FOR PAY STUBS-DOWNLOAD   - ADP MOBILE SOLUTIONS APP

**Additional Tax Withholding Information**
Taxable Marital Status:
PA:    Single
Exemptions/Allowances:
PA:    0

---

**sodexo**, INC.
AND AFFILIATED
COMPANIES

THE WOOD COMPANY

9801 WASHINGTONIAN BLVD,
GAITHERSBURG, MD 20878

46K

Payroll check number:  0021618013
Pay date:    12/07/2023

Pay to the
order of:    STACY  DIETZ

This amount:    FOUR HUNDRED ELEVEN AND 30/100 DOLLARS    $411.30

THIS IS NOT A CHECK

VOID  NON-NEGOTIABLE  VOID  NON-NEGOTIABLE

CITIBANK, N.A.
ONE PENNS WAY
NEW CASTLE  DE 19720

VOID AFTER 180 DAYS