| Shorette, Stacy A | | ID: 108774 | | Direct Deposit # D000531726 | | BETHLEHEM AREA SCHOOL DISTRICT | | | |
|---|---|---|---|---|---|---|---|---|---|
| Pay Date | | Gross Wages | | YTD Wages | Abs. Balance Date as of: | Deduction | Pay | YTD Gross | YTD W/H |
| 01/18/2024 | | 2,027.20 | | 4,054.40 | 01/05/2024 | Federal Tax | 130.87 | 3,684.18 | 261.74 |
| MAR | EX | ADD FED | Personal | Sick | Vacation | Soc. Sec. Tax | 124.26 | 4,008.54 | 248.52 |
| S | 0 | 0.00 | 1.000 | 24.000 | 0.000 | Medicare Tax | 29.06 | 4,008.54 | 58.12 |
| Payment Type | | | Reg | OT | Fctr | Rate | Amount | | |
| | | | | | | PA State Tax | 61.53 | 4,008.54 | 123.06 |
| Hours | | | 80.00 | 0.00 | 1.50 | 25.34 | 2,027.20 | | |
| | | | | | | UC Tax | 1.42 | 4,054.40 | 2.84 |
| | | | | | | Retirement -TE | 162.18 | 4,054.40 | 324.36 |
| | | | | | | Local EIT | 20.04 | 4,008.54 | 40.08 |
| | | | | | | LST | 2.37 | | 4.74 |
| | | | | | | Medical PPO | 20.00 | | 40.00 |
| | | | | | | SECY Union Dues | 0.00 | | 66.00 |
| | | | | | | TRAN Life20YR26 | 25.39 | | 50.78 |
| | | | | | | VBA 26 | 2.93 | | 5.86 |
| | | | | | | | Net Pay | | 1,447.15 |

**"Anyone who has never made a mistake has never tried anything new."- Albert Einstein**

**Bank Information**

Stride Bank, N.A.                                        C      1,447.15

Direct Deposit # D000531726
Date: 01/18/2024
Amount: $1,447.15

STACY A SHORETTE              350
2358 JENNIE AVE
ALLENTOWN PA  18104-1029

| Shorette, Stacy A | | ID: 108774 | | Direct Deposit # D000529704 | | BETHLEHEM AREA SCHOOL DISTRICT | | |
|---|---|---|---|---|---|---|---|---|
| Pay Date | Gross Wages | | YTD Wages | Abs. Balance Date as of: | | Deduction | Pay | YTD Gross | YTD W/H |
| 01/04/2024 | 2,027.20 | | 2,027.20 | 12/22/2023 | | Federal Tax | 130.87 | 1,842.09 | 130.87 |
| MAR | EX | ADD FED | Personal | Sick | Vacation | Soc. Sec. Tax | 124.26 | 2,004.27 | 124.26 |
| S | 0 | 0.00 | 1.000 | 19.000 | 0.000 | Medicare Tax | 29.06 | 2,004.27 | 29.06 |
| Payment Type | | Reg | OT | Fctr | Rate | Amount | PA State Tax | 61.53 | 2,004.27 | 61.53 |
| Hours | | 80.00 | 0.00 | 1.50 | 25.34 | 2,027.20 | UC Tax | 1.42 | 2,027.20 | 1.42 |
| | | | | | | | Retirement -TE | 162.18 | 2,027.20 | 162.18 |
| | | | | | | | Local EIT | 20.04 | 2,004.27 | 20.04 |
| | | | | | | | LST | 2.37 | | 2.37 |
| | | | | | | | Medical PPO | 20.00 | | 20.00 |
| | | | | | | | SECY Union Dues | 66.00 | | 66.00 |
| | | | | | | | TRAN Life20YR26 | 25.39 | | 25.39 |
| | | | | | | | VBA 26 | 2.93 | | 2.93 |
| | | | | | | | Net Pay | | | 1,381.15 |

**Happy New Year 2024 !**

**Bank Information**

Stride Bank, N.A.     C     1,381.15

Direct Deposit # D000529704
Date: 01/04/2024
Amount: $1,381.15

STACY A SHORETTE              350
2358 JENNIE AVE
ALLENTOWN PA  18104-1029

| Shorette, Stacy A | | ID: 106774 | Direct Deposit # D000527675 | | BETHLEHEM AREA SCHOOL DISTRICT | | |
|---|---|---|---|---|---|---|---|
| Pay Date | Gross Wages | YTD Wages | Abs. Balance Date as of: | | Deduction | Pay | YTD Gross | YTD W/H |
| 12/21/2023 | 2,027.20 | 51,833.90 | 12/08/2023 | | Federal Tax | 135.86 | 47,167.09 | 3,435.89 |
| MAR | EX ADD FED | Personal | Sick | Vacation | Soc. Sec. Tax | 124.45 | 51,313.90 | 3,181.47 |
| S | 0   0.00 | 1.000 | 35.000 | 0.000 | Medicare Tax | 29.10 | 51,313.90 | 744.03 |
| Payment Type | | Reg   OT   Fctr | Rate | Amount | PA State Tax | 61.62 | 51,313.90 | 1,575.29 |
| Hours | | 80.00  0.00  1.50 | 25.34 | 2,027.20 | UC Tax | 1.42 | 51,833.90 | 36.30 |
| | | | | | Retirement -TE | 162.18 | 51,833.90 | 4,146.81 |
| | | | | | Local EIT | 20.07 | 51,313.90 | 513.09 |
| | | | | | LST | 0.00 | | 52.00 |
| | | | | | AFA TexasLife26 | 19.92 | | 517.92 |
| | | | | | Medical PPO | 20.00 | | 520.00 |
| | | | | | SECY Union Dues | 0.00 | | 264.00 |
| | | | | | Net Pay | | | 1,452.58 |

**Happy Holidays and Best Wishes for the New Year !**

| Bank Information | | | |
|---|---|---|---|
| Stride Bank, N.A. | | C | 1,452.58 |

Direct Deposit # D000527675
Date: 12/21/2023
Amount: $1,452.58

STACY A SHORETTE                     350
2358 JENNIE AVE
ALLENTOWN PA  18104-1029