## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
|    **Mark A. Shorette and** | : | |
|    **Stacy A. Shorette, aka** | : | |
|    **Stacy A. Dietz,** | : | |
|           Debtor(s) | : | BANKRUPTCY NO. 24-10007-pmm |
| | : | |
| **LENDMARK FINANCIAL** | : | Chapter 13 |
| **SERVICES, LLC** | : | |
|     **Moving Party** | : | |
| vs. | : | |
| | : | Hearing Date: |
| **Mark A. Shorette and** | : | |
| **Stacy A. Shorette, aka** | : | |
| **Stacy A. Dietz,** | : | |
|     **Respondent(s)** | : | |

### PRAECIPE TO WITHDRAW
### OBJECTION OF LENDMARK FINANCIAL SERVICES, LLC
### TO CONFIRMATION OF CHAPTER 13 PLAN

TO THE CLERK:

Kindly withdraw the Objection filed by LENDMARK FINANCIAL SERVICES, LLC ("Lendmark") to confirmation of Debtors' Chapter 13 Plan. Debtors have filed a 1st Amended Chapter 13 Plan.

                                         Respectfully submitted,

                                         /s/ Craig H. Fox, Esquire
                                         Fox and Fox Attorneys at Law, PC
                                         By: Craig H. Fox, Esquire
                                         Attorney I.D. #49509
                                         700 E. Main Street, Suite 200
                                         Norristown, PA  19401
                                         Telephone:  (610) 275-7990
                                         Facsimile:  (610) 275-2866
                                         cfox@foxandfoxlaw.com