## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Mark A. Shorette<br>         Stacy A. Shorette aka Stacy A Dietz<br>                              Debtors | CHAPTER 13 |
| LAKEVIEW LOAN SERVICING, LLC, its successors and/or assigns<br>                              Movant<br>         vs. | NO. 24-10007 PMM |
| Mark A. Shorette<br>Stacy A. Shorette aka Stacy A Dietz<br>                              Debtors | |
| Scott F. Waterman, Trustee<br>                              Trustee | |

### PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

   Kindly withdraw the Objection to Confirmation of LAKEVIEW LOAN SERVICING, LLC, which was filed with the Court on or about February 21, 2024.

Dated: June 24, 2024

                                      Respectfully submitted,

                                  /s/Denise Carlon
                                  Denise Carlon, Esq.
                                  KML Law Group, P.C.
                                  BNY Mellon Independence Center
                                  701 Market Street, Suite 5000
                                  Philadelphia, PA  19106
                                  Phone: (215) 627-1322
                                  dcarlon@kmllawgroup.com