**LOCAL BANKRUPTCY FORM 9014-3**

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE:** | **:** | |
| **Mark A. Shorette and** | **:** | |
| **Stacy A. Shorette, aka** | **:** | |
| **Stacy A. Dietz,** | **:** | |
| **Debtor(s)** | **:** | **BANKRUPTCY NO. 24-10007-pmm** |
| | **:** | |
| **LENDMARK FINANCIAL** | **:** | **Chapter 13** |
| **SERVICES, LLC** | **:** | |
| **Moving Party** | **:** | |
| **vs.** | **:** | |
| | **:** | **Hearing Date: July 16, 2024 @ 10:00 a.m.** |
| **Mark A. Shorette and** | **:** | |
| **Stacy A. Shorette, aka** | **:** | |
| **Stacy A. Dietz,** | **:** | |
| **Respondent(s)** | **:** | |
| **Debtors** | | |

*******************************

**NOTICE OF MOTION, RESPONSE DEADLINE**
**AND HEARING DATE**

Lendmark Financial Services, LLC has filed Motion for Relief From Automatic Stay with the court to lift the automatic stay as to Lendmark's loan.

**Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this Bankruptcy case.  (If you do not have an attorney, you may wish to consult an attorney.)**

1.      If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before 07/15/2024 you or your attorney must do all of the following:

(a) file an answer explaining your position at

U.S. Bankruptcy Court
Eastern District of Pennsylvania
Attn: Clerk of Courts
The Gateway Building
201 Penn Street, Suite 103
Reading, PA  19601

If you mail your answer to the Bankruptcy Clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

(b) mail a copy to the movant's attorney:

Fox and Fox Attorneys at Law, PC
By: Craig H. Fox, Esquire
Attorney I.D. #49509
700 E. Main Street, Suite 200
Norristown, PA  19401
Telephone:  (610) 275-7990
Facsimile:  (610) 275-2866
cfox@foxandfoxlaw.com

[If applicable, name and address of others to be served.]

2.      If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

3.      A hearing on the Motion is scheduled to be held before Honorable Patricia M. Mayer on 07/16/2024, at 10:00 a.m. at the United States Bankruptcy Court, The Gateway Building, 201 Penn Street, Court Room, 4th floor, Reading, PA  19601.

4.      If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5.      You may contact the Bankruptcy Clerk's office at (610) 208-5040 to find out whether the hearing has been cancelled because no one filed an Answer.

Date: 6/27/2024