IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| Mark A. Shorette and | : | |
| Stacy A. Shorette, aka | : | |
| Stacy A. Dietz, | : | |
| Debtor(s) | : | BANKRUPTCY NO. 24-10007-pmm |
| | : | |
| LENDMARK FINANCIAL | : | Chapter 13 |
| SERVICES, LLC | : | |
| Moving Party | : | |
| vs. | : | |
| | : | Hearing Date: July 16, 2024 @ 10:00 a.m. |
| Mark A. Shorette and | : | |
| Stacy A. Shorette, aka | : | |
| Stacy A. Dietz, | : | |
| Respondent(s) | : | |

## ORDER

AND NOW, this 16th day of July, 2024, upon consideration of the Motion of Lendmark Financial Services, LLC for Relief from the Automatic Stay and any response filed thereto, and after proper notice and an opportunity for hearing, it is hereby ORDERED that:

a. Said Motion shall be and hereby is granted;

b. Rule 4001(a)(3) is not applicable and Lendmark Financial Services, LLC may immediately enforce and implement the Order granting relief from the Automatic Stay; and

c. The automatic stay is hereby lifted as to Lendmark Financial Services, LLC, its assignee or nominee, and Lendmark Financial Services, LLC is hereby permitted to take possession of and dispose of the 2010 Aerolite Cub M185 Camper (the "Vehicle") and otherwise exercise its non-bankruptcy rights against Debtor and the Vehicle..

BY THE COURT:

*Patricia M. Mayer*
_____
J.

G:\224000\224009\224009 Relief From Automatic Stay EASTERN DISTRICT 2024-06-26.doc