IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
READING DIVISION

| | |
|---|---|
| In re: MARK A. SHORETTE ) <br> STACY A. SHORETTE ) <br> **Debtor(s)** ) <br> ) <br> CREDIT ACCEPTANCE CORPORATION ) <br> **Moving Party** ) <br> ) <br> v. ) <br> ) <br> MARK A. SHORETTE ) <br> STACY A. SHORETTE ) <br> **Respondent(s)** ) <br> ) <br> SCOTT F. WATERMAN ) <br> **Trustee** ) <br> ) | CHAPTER 13 <br><br> Case No.: 24-10007 (PMM) |

### ORDER APPROVING STIPULATION

IT IS HEREBY ORDERED that the Stipulation between Credit Acceptance Corporation and the Debtors in settlement of the Objection To Confirmation, and filed on or about August 8, 2024 in the above matter is APPROVED.

Dated: **August 19, 2024**

BY THE COURT:

*Patricia M. Mayer*
_____
Hon. Patricia M. Mayer
UNITED STATES BANKRUPTCY JUDGE