Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2023 to 07/31/2024  
**Chapter 13 Case No. 24-10007-PMM**

Mark A. Shorette  
Stacy A Shorette  
2358 Jennie Avenue  
Allentown  PA    18104

Petition Filed Date: 01/02/2024  
341 Hearing Date: 04/02/2024  
Confirmation Date:

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 03/12/2024 | $500.00 | | 04/18/2024 | $500.00 | | 05/21/2024 | $500.00 | |
| 06/05/2024 | $500.00 | | 07/24/2024 | $735.00 | | | | |

**Total Receipts for the Period:  $2,735.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $2,735.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | CREDIT ACCEPTANCE CORP<br>»» 01S | Secured Creditors | $16,827.66 | $0.00 | $0.00 |
| 2 | CREDIT ACCEPTANCE CORP<br>»» 01U | Unsecured Creditors | $7,235.05 | $0.00 | $0.00 |
| 0 | YOUNG MARR & ASSOCIATES | Attorney Fees | $3,700.00 | $0.00 | $3,700.00 |
| 3 | KEYBANK N.A.<br>»» 002 | Unsecured Creditors | $1,297.69 | $0.00 | $0.00 |
| 4 | LENDMARK FINANCIAL SERVICES LLC<br>»» 03S | Secured Creditors | $283.69 | $0.00 | $0.00 |
| 5 | LENDMARK FINANCIAL SERVICES LLC<br>»» 03U | Unsecured Creditors | $1,043.66 | $0.00 | $0.00 |
| 6 | FLAGSTAR BANK<br>»» 004 | Mortgage Arrears | $60,945.38 | $0.00 | $0.00 |
| 7 | LVNV FUNDING LLC<br>»» 005 | Unsecured Creditors | $597.68 | $0.00 | $0.00 |
| 8 | LVNV FUNDING LLC<br>»» 006 | Unsecured Creditors | $611.10 | $0.00 | $0.00 |
| 9 | LVNV FUNDING LLC<br>»» 007 | Unsecured Creditors | $437.01 | $0.00 | $0.00 |
| 10 | LVNV FUNDING LLC<br>»» 008 | Unsecured Creditors | $713.13 | $0.00 | $0.00 |
| 11 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 009 | Unsecured Creditors | $590.30 | $0.00 | $0.00 |
| 12 | ONE MAIN FINANCIAL GROUP LLC<br>»» 010 | Unsecured Creditors | $14,435.28 | $0.00 | $0.00 |
| 13 | M&T BANK<br>»» 011 | Unsecured Creditors | $3,359.04 | $0.00 | $0.00 |
| 14 | SOUTH WHITEHALL TOWNSHIP C/O<br>»» 012 | Secured Creditors | $2,696.58 | $0.00 | $0.00 |

**Chapter 13 Case No. 24-10007-PMM**

### SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $2,735.00 | Current Monthly Payment: | $1,632.00 |
| Paid to Claims: | $0.00 | Arrearages: | $1,632.00 |
| Paid to Trustee: | $273.50 | Total Plan Base: | $90,863.00 |
| Funds on Hand: | $2,461.50 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.