**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Mark A. Shorette<br>Stacy A. Shorette aka Stacy A Dietz<br><u>Debtor(s)</u> | CHAPTER 13 |
| LAKEVIEW LOAN SERVICING, LLC<br><u>Moving Party</u><br>vs. | NO. 24-10007 PMM |
| Mark A. Shorette<br>Stacy A. Shorette aka Stacy A Dietz<br><u>Debtor(s)</u> | 11 U.S.C. Section 362 |
| Scott F. Waterman<br><u>Trustee</u> | |

**ORDER**

AND NOW, this  25th  day of  September , 2024 at Reading, upon consideration of this Stipulation, it is hereby ORDERED that:

The Court grants approval of the Stipulation executed by all parties. However, the Court retains discretion regarding entry of any further order.

*Patricia M. Mayer*

United States Bankruptcy Judge