United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  Case No. 24-10007-pmm
Mark A. Shorette  Chapter 13
Stacy A Shorette
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4     User: admin     Page 1 of 3
Date Rcvd: Dec 05, 2024     Form ID: 155     Total Noticed: 32

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 07, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Mark A. Shorette, Stacy A Shorette, 2358 Jennie Avenue, Allentown, PA 18104-1029 |
| 14855822 | + | Credit Acceptance Corporation, c/o William E. Craig, Esquire, Eisenberg Gold & Agrawal, P.C., 1040 Kings Highway North #200, Cherry Hill, NJ 08034-1925 |
| 14847788 | | KeyBank NA, 4910 Tiedeman Rd. Brooklyn, OH 44144 |
| 14859857 | + | Lendmark Financial Services, LLC, c/o Craig H. Fox, Esq., Fox and Fox Attys. at Law, P.C., 700 E Main Street-Suite 200, Norristown PA 19401-4122 |
| 14859453 | + | Lendmark Financial Services, LLC, c/o Craig H. Fox, Esquire, Fox and Fox Attorneys at Law, P.C., 700 E. Main Street, Suite 200 Norristown, PA 19401-4122 |
| 14862525 | | M&T BANK, PO Box 1508, Buffalo, NY 14240 |
| 14897154 | + | South Whitehall Township, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| 14897152 | + | South Whitehall Township, c/o James R. Wood, Esquire, 2700 Horizon Drive Suite 100, King of Prussia, PA 19406-2726 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14843367 | ^ | MEBN | Dec 05 2024 23:53:55 | Chimef/str, Po Box 417, San Francisco, CA 94104-0417 |
| 14843366 | ^ | MEBN | Dec 05 2024 23:53:54 | Chimef/str, Attn: Bankruptcy, Po Box 417, San Francisco, CA 94104-0417 |
| 14843369 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 06 2024 00:00:31 | Citibank North America, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 14843368 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 06 2024 00:00:30 | Citibank North America, Citibank SD MC 425, 5800 South Corp Place, Sioux Falls, SD 57108 |
| 14843370 | + | Email/Text: ebnnotifications@creditacceptance.com | Dec 05 2024 23:58:00 | Credit Acceptance, Attn: Bankruptcy, 25505 West 12 Mile Road Ste 3000, Southfield, MI 48034-8331 |
| 14843371 | + | Email/Text: ebnnotifications@creditacceptance.com | Dec 05 2024 23:58:00 | Credit Acceptance, Po Box 5070, Southfield, MI 48086-5070 |
| 14843372 | + | Email/Text: servicingmailhub@flagstar.com | Dec 05 2024 23:59:00 | Flagstar Bank, Attn: Bankruptcy, 5151 Corporate Drive, Troy, MI 48098-2639 |
| 14843373 | + | Email/Text: servicingmailhub@flagstar.com | Dec 05 2024 23:59:00 | Flagstar Bank, 5151 Corporate Drive, Troy, MI 48098-2639 |
| 14853476 | + | Email/Text: servicingmailhub@flagstar.com | Dec 05 2024 23:59:00 | Flagstar Bank, N.A., 5151 Corporate Drive, Troy, MI 48098-2639 |
| 14855136 | | Email/Text: JCAP_BNC_Notices@jcap.com | Dec 05 2024 23:58:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |

| District/off: 0313-4 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 05, 2024 | Form ID: 155 | Total Noticed: 32 |

| Recip ID | Bypass/Notice Type | Date/Time | Name and Address |
|---|---|---|---|
| 14847585 | ^ MEBN | Dec 05 2024 23:54:06 | LAKEVIEW LOAN SERVICING, LLC, C/O KML Law Group PC, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14852812 | Email/Text: bk@lendmarkfinancial.com | Dec 05 2024 23:58:00 | Lendmark Financial Services LLC, 2118 Usher Street, Covington, GA 30014 |
| 14853963 | Email/PDF: resurgentbknotifications@resurgent.com | Dec 05 2024 23:59:33 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14843374 | Email/Text: camanagement@mtb.com | Dec 05 2024 23:58:00 | M&T Credit Services, Attn: Bankruptcy, Po Box 844, Buffalo, NY 14240 |
| 14843375 | Email/Text: camanagement@mtb.com | Dec 05 2024 23:58:00 | M&T Credit Services, Po Box 900, Millsboro, DE 19966 |
| 14843377 | + Email/Text: bankruptcydpt@mcmcg.com | Dec 05 2024 23:58:00 | Midland Fund, 320 East Big Beaver, Troy, MI 48083-1238 |
| 14843376 | + Email/Text: bankruptcydpt@mcmcg.com | Dec 05 2024 23:58:00 | Midland Fund, Attn: Bankruptcy, 350 Camino De La Reine, Suite 100, San Diego, CA 92108-3007 |
| 14859831 | + Email/PDF: cbp@omf.com | Dec 06 2024 00:12:45 | OneMain Financial, PO Box 3251, Evansville, IN 47731-3251 |
| 14843379 | ^ MEBN | Dec 05 2024 23:54:24 | PPL Electric Utilities, 827 Hausman Rd., Allentown, PA 18104-9392 |
| 14843380 | + Email/PDF: resurgentbknotifications@resurgent.com | Dec 05 2024 23:59:38 | Resurgent Capital Services, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 14843381 | Email/PDF: resurgentbknotifications@resurgent.com | Dec 05 2024 23:59:53 | Resurgent Capital Services, C/o Resurgent Capital Services, Greenville, SC 29602 |
| 14843384 | + Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Dec 05 2024 23:59:34 | Wells Fargo Jewelry Advantage, Attn: Bankruptcy, Po Box 10438, Des Moines, IA 50306-0438 |
| 14843385 | + Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Dec 06 2024 00:00:23 | Wells Fargo Jewelry Advantage, Po Box 14517, Des Moines, IA 50306-3517 |
| 14843386 | + Email/Text: support@ymalaw.com | Dec 05 2024 23:58:00 | Young, Marr & Associates, LLC, 3554 Hulmeville Road, Suite 102, Bensalem, PA 19020-4366 |

TOTAL: 24

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14843378 | | Paul H. Young, Esquire |
| 14843382 | | South Whitehall Township |
| 14843383 | | Stacy Dietz |
| 14871889 | * | M&T BANK, PO Box 1508, Buffalo, NY 14240 |
| 14854896 | ##+ | Credit Acceptance Corporation, c/o William E. Craig, Esq., Morton & Craig, LLC, 110 Marter Ave., Suite 301, Moorestown NJ 08057-3125 |

TOTAL: 3 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains**

District/off: 0313-4 User: admin Page 3 of 3
Date Rcvd: Dec 05, 2024 Form ID: 155 Total Noticed: 32

**the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 07, 2024        Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 5, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| CRAIG H. FOX | on behalf of Creditor Lendmark Financial Services  LLC bankruptcy@foxandfoxlaw.com, cfox@foxandfoxlaw.com;foxandfoxattorneysatlaw@gmail.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC bkgroup@kmllawgroup.com |
| JAMES RANDOLPH WOOD | on behalf of Creditor South Whitehall Township jwood@portnoffonline.com  jwood@ecf.inforuptcy.com |
| PAUL H. YOUNG | on behalf of Joint Debtor Stacy A Shorette support@ymalaw.com ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com,lesliebrown.paralegal@gmail.com,cmccullough@ymalaw.com |
| PAUL H. YOUNG | on behalf of Debtor Mark A. Shorette support@ymalaw.com ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com,lesliebrown.paralegal@gmail.com,cmccullough@ymalaw.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM EDWARD CRAIG | on behalf of Creditor Credit Acceptance Corporation wcraig@egalawfirm.com mortoncraigecf@gmail.com;alapinski@egalawfirm.com |

TOTAL: 8

*Form 155* (2/24)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: )<br>  Mark A. Shorette )<br> )<br> )<br>  Stacy A Shorette )<br>  aka Stacy A Dietz )<br>   Debtor(s). ) | Case No. 24−10007−pmm<br><br>Chapter: 13 |

## ORDER CONFIRMING PLAN UNDER CHAPTER 13

    **AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    **A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    **B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    **C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.

Date: December 5, 2024                                                     For The Court

                                                                                                      Patricia M. Mayer
                                                                                                      Judge, United States Bankruptcy Court