**U.S. BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re   MARK A. SHORETTE | : | CHAPTER 13 |
| STACY A. SHORETTE | : | |
| Debtor(s) | : | BANKRUPTCY NO. 24-10007 |

**OBJECTION TO CERTIFICATION OF DEFAULT**

Debtor(s), Mark A. Shorette and Stacy A. Shorettte, by their attorney, Paul H. Young, Esquire, hereby objects to the Certification of Default filed by **Lakeview Loan Servicing LLC** on March 27, 2025. Debtors believe they can become current on all post-petition payments due under the September 24, 2024 stipulation with the Lender.

Respectfully submitted,

/s/ Paul H. Young
PAUL H. YOUNG, Esquire
Young, Marr & Associates
3554 Hulmeville Road, Suite 102
Bensalem, PA 19020
P: 215-639-5297
F: 215-639-1344
support@ymalaw.com

Dated: April 1, 2025