*Form 167* (1/25)–doc 80 – 79

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
|   Mark A. Shorette ) | Case No. 24–10007–pmm |
| ) | |
| ) | |
| Stacy A Shorette ) | Chapter: 13 |
| aka Stacy A Dietz ) | |
|  Debtor(s). ) | |

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Patricia M. Mayer , United States Bankruptcy Judge to consider:

Objection to Certification of Default filed by Creditor LAKEVIEW LOAN SERVICING, LLC Filed by Mark A. Shorette, Stacy A Shorette.

on: 4/24/25

at: 11:00 AM

in: 201 Penn Street, 4th Floor, Reading, PA 19601


Date: April 1, 2025                                                    For The Court

                                                                                                 Timothy B. McGrath
                                                                                                  Clerk of Court