United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                     Case No. 24-10007-pmm

Mark A. Shorette                                Chapter 13

Stacy A Shorette

        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4                                  User: admin                                  Page 1 of 3

Date Rcvd: Apr 03, 2025                         Form ID: pdf900                          Total Noticed: 36

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 05, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Mark A. Shorette, Stacy A Shorette, 2358 Jennie Avenue, Allentown, PA 18104-1029 |
| 14855822 | + | Credit Acceptance Corporation, c/o William E. Craig, Esquire, Eisenberg Gold & Agrawal, P.C., 1040 Kings Highway North #200, Cherry Hill, NJ 08034-1925 |
| 14843373 | + | Flagstar Bank, 5151 Corporate Drive, Troy, MI 48098-2639 |
| 14843372 | + | Flagstar Bank, Attn: Bankruptcy, 5151 Corporate Drive, Troy, MI 48098-2639 |
| 14853476 | + | Flagstar Bank, N.A., 5151 Corporate Drive, Troy, MI 48098-2639 |
| 14847788 | | KeyBank NA, 4910 Tiedeman Rd. Brooklyn, OH 44144 |
| 14987984 | | LAKEVIEW LOAN SERVICING, LLC, C/O M &T BANK, PO BOX 62986, Baltimore, MD 21264-2986 |
| 14859857 | + | Lendmark Financial Services, LLC, c/o Craig H. Fox, Esq., Fox and Fox Attys. at Law, P.C., 700 E Main Street-Suite 200, Norristown PA 19401-4122 |
| 14859453 | + | Lendmark Financial Services, LLC, c/o Craig H. Fox, Esquire, Fox and Fox Attorneys at Law, P.C., 700 E. Main Street, Suite 200 Norristown, PA 19401-4122 |
| 14862525 | | M&T BANK, PO Box 1508, Buffalo, NY 14240 |
| 14897154 | + | South Whitehall Township, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| 14897152 | + | South Whitehall Township, c/o James R. Wood, Esquire, 2700 Horizon Drive Suite 100, King of Prussia, PA 19406-2726 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Apr 04 2025 01:41:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Apr 04 2025 01:41:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | | Email/Text: ebnnotifications@creditacceptance.com | Apr 04 2025 01:41:00 | Credit Acceptance Corporation, 25505 W. 12 Mile Road, Ste. 300, Southfield, MI 48034 |
| 14843367 | ^ | MEBN | Apr 04 2025 01:33:40 | Chimef/str, Po Box 417, San Francisco, CA 94104-0417 |
| 14843366 | ^ | MEBN | Apr 04 2025 01:33:40 | Chimef/str, Attn: Bankruptcy, Po Box 417, San Francisco, CA 94104-0417 |
| 14843369 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 04 2025 01:51:10 | Citibank North America, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 14843368 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 04 2025 01:40:47 | Citibank North America, Citibank SD MC 425, 5800 South Corp Place, Sioux Falls, SD 57108 |
| 14843370 | + | Email/Text: ebnnotifications@creditacceptance.com | Apr 04 2025 01:41:00 | Credit Acceptance, Attn: Bankruptcy, 25505 West 12 Mile Road Ste 3000, Southfield, MI 48034-8331 |

Case 24-10007-pmm    Doc 84    Filed 04/05/25    Entered 04/06/25 00:33:06    Desc Imaged
Certificate of Notice    Page 2 of 4

| District/off: 0313-4 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Apr 03, 2025 | Form ID: pdf900 | Total Noticed: 36 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 14843371 | + | Email/Text: ebnnotifications@creditacceptance.com | Apr 04 2025 01:41:00 | Credit Acceptance, Po Box 5070, Southfield, MI 48086-5070 |
| 14855136 | | Email/Text: JCAP_BNC_Notices@jcap.com | Apr 04 2025 01:41:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 14847585 | ^ | MEBN | Apr 04 2025 01:33:47 | LAKEVIEW LOAN SERVICING, LLC, C/O KML Law Group PC, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14852812 | | Email/Text: bk@lendmarkfinancial.com | Apr 04 2025 01:40:00 | Lendmark Financial Services LLC, 2118 Usher Street, Covington, GA 30014 |
| 14853963 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 04 2025 01:39:54 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14843374 | | Email/Text: camanagement@mtb.com | Apr 04 2025 01:41:00 | M&T Credit Services, Attn: Bankruptcy, Po Box 844, Buffalo, NY 14240 |
| 14843375 | | Email/Text: camanagement@mtb.com | Apr 04 2025 01:41:00 | M&T Credit Services, Po Box 900, Millsboro, DE 19966 |
| 14843377 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 04 2025 01:41:00 | Midland Fund, 320 East Big Beaver, Troy, MI 48083-1238 |
| 14843376 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 04 2025 01:41:00 | Midland Fund, Attn: Bankruptcy, 350 Camino De La Reine, Suite 100, San Diego, CA 92108-3007 |
| 14859831 | + | Email/PDF: cbp@omf.com | Apr 04 2025 01:40:26 | OneMain Financial, PO Box 3251, Evansville, IN 47731-3251 |
| 14843379 | ^ | MEBN | Apr 04 2025 01:33:57 | PPL Electric Utilities, 827 Hausman Rd., Allentown, PA 18104-9392 |
| 14843380 | + | Email/PDF: resurgentbknotifications@resurgent.com | Apr 04 2025 01:40:01 | Resurgent Capital Services, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 14843381 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 04 2025 01:40:02 | Resurgent Capital Services, C/o Resurgent Capital Services, Greenville, SC 29602 |
| 14843384 | + | Email/PDF: BankruptcynoticesCCSBKOperations@wellsfargo.com | Apr 04 2025 01:50:58 | Wells Fargo Jewelry Advantage, Attn: Bankruptcy, Po Box 10438, Des Moines, IA 50306-0438 |
| 14843385 | + | Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | Apr 04 2025 01:40:28 | Wells Fargo Jewelry Advantage, Po Box 14517, Des Moines, IA 50306-3517 |
| 14843386 | + | Email/Text: support@ymalaw.com | Apr 04 2025 01:41:00 | Young, Marr & Associates, LLC, 3554 Hulmeville Road, Suite 102, Bensalem, PA 19020-4366 |

TOTAL: 24

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14843378 | | Paul H. Young, Esquire |
| 14843382 | | South Whitehall Township |
| 14843383 | | Stacy Dietz |
| cr | *+ | Lendmark Financial Services, LLC, c/o Craig H. Fox, Esquire, Fox and Fox Attorneys at Law, P.C., 700 E. Main Street, Suite 200, Norristown, PA 19401-4122 |
| cr | *+ | South Whitehall Township, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| 14871889 | * | M&T BANK, PO Box 1508, Buffalo, NY 14240 |
| 14854896 | ##+ | Credit Acceptance Corporation, c/o William E. Craig, Esq., Morton & Craig, LLC, 110 Marter Ave., Suite 301, Moorestown NJ 08057-3125 |

TOTAL: 3 Undeliverable, 3 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 05, 2025        Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 3, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| CRAIG H. FOX | on behalf of Creditor Lendmark Financial Services LLC bankruptcy@foxandfoxlaw.com, cfox@foxandfoxlaw.com;foxandfoxattorneysatlaw@gmail.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC bkgroup@kmllawgroup.com |
| JAMES RANDOLPH WOOD | on behalf of Creditor South Whitehall Township jwood@portnoffonline.com jwood@ecf.inforuptcy.com |
| PAUL H. YOUNG | on behalf of Joint Debtor Stacy A Shorette support@ymalaw.com ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com,lesliebrown.paralegal@gmail.com,cmccullough@ymalaw.com |
| PAUL H. YOUNG | on behalf of Debtor Mark A. Shorette support@ymalaw.com ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com,lesliebrown.paralegal@gmail.com,cmccullough@ymalaw.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM EDWARD CRAIG | on behalf of Creditor Credit Acceptance Corporation wcraig@egalawfirm.com mortoncraigecf@gmail.com;alapinski@egalawfirm.com |

TOTAL: 8

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>      Mark A. Shorette<br>      Stacy A Shorette<br><br>                Debtors | Chapter 13<br><br>Bankruptcy No. 24-10007-PMM |

### ORDER DISMISSING CHAPTER 13 CASE

AND NOW, after notice and hearing, it is ORDERED that the case is DISMISSED.

IT IS FURTHER ORDERED that any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtors' plan shall be refunded to the Debtors unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

IT IS FURTHER ORDERED that any wage order entered in this case is hereby TERMINATED and the employer shall cease wage withholding immediately.

**Date: April 3, 2025**

_Patricia M. Mayer_
PATRICIA M. MAYER
U.S. BANKRUPTCY JUDGE